UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: VIAGRA (SILDENAFIL CITRATE) AND CIALIS (TADALAFIL) PRODUCTS LIABILITY LITIGATION<br><br>BRADFORD CROMPTON,<br><br>    Plaintiff<br><br>v.<br><br>PFIZER INC. and ELI LILLY AND COMPANY,<br><br>    Defendant. | Case No.: 3:16-md-02691-RS<br>MDL No. 2691<br><br>Case No:<br><br>**Master Short Form Complaint** |

Plaintiff, BRADFORD CROMPTON, incorporates by reference the Plaintiffs' Master Long Form Complaint(s) filed with United States District Court for the Northern District of California in the matter of *In re: Viagra (Sildenafil Citrate) and Cialis (Tadalafil) Products Liability Litigation*. Plaintiff further shows the court as follows:

1. Defendant(s) against whom Complaint is made:

    a.  X   Eli Lilly and Company

    b.  X   Pfizer Inc.

    c.  ___  Other (specify Defendant) _____

2. Plaintiff's Full Name:

    a.   Bradford Crompton

3. Name of the party or deceased who ingested Viagra/Revatio (sildenafil citrate) (hereinafter "Viagra") and/or Cialis/Adcirca (tadalafil) (hereinafter "Cialis") and suffered injury, if different than Plaintiff:

    a.   N/A

4. Name of additional or other Plaintiff, including loss of consortium Plaintiff(s) (i.e. administrator, executor, guardian, conservator):
   a.   N/A

5. Plaintiff's current city and state of residence:
   a.   Sandpoint, Idaho

6. District Court in which venue would be proper absent direct filing:
   a.   District of Idaho

7. City and state of Plaintiff or Decedent when he/she was diagnosed with melanoma:
   a.   Sandpoint, Idaho

8. Approximate dates that the Plaintiff or Decedent ingested Viagra (if applicable):
   a.   Start date:   04/01/2011
   b.   Stop date:   08/01/2011

9. Approximate dates that the Plaintiff or decedent ingested Cialis (if applicable):
   a.   Start date:   01/25/2008
   b.   Stop date:   02/25/2008

10. Date(s) that Plaintiff was diagnosed with melanoma which he/she alleges was caused by Viagra and/or Cialis:
    a.   05/01/2012

11. Date of death of Decedent, if applicable:
    a.   N/A

12. Master Complaint Adopted (check one or both):
    a.   X   Pfizer Master Complaint
    b.   X   Eli Lilly Master Complaint

13. Counts in the Master Complaint(s) brought by Plaintiff:
    a.   Count 1 (Negligence):   X
    b.   Count 2 (Gross Negligence):   X
    c.   Count 3 (Negligence Per Se):   X

    d.  Count 4 (Unfair and Deceptive Trade Practices: Unfairness)  __X__

    e.  Count 5 (Unfair and Deceptive Trade Practices: Fraud)  __X__

    f.  Count 6 (Unfair and Deceptive Trade Practices: Unlawfulness)  __X__

    g.  Count 7 (Strict Liability – Defective Design):  __X__

    h.  Count 8 (Strict Liability – Failure to Warn):  __X__

    i.  Count 9 (Failure to Test):  __X__

    j.  Count 10 (Breach of Express Warranty):  __X__

    k.  Count 11 (Breach of Implied Warranty):  __X__

    l.  Count 12 (Fraudulent Misrepresentation and Concealment):  __X__

    m.  Count 13 (Negligent Misrepresentation and Concealment):  __X__

    n.  Count 14 (Fraud and Deceit):  __X__

    o.  Count 15 (Willful, Wanton, and Malicious Conduct):  __X__

    p.  Count 16 (Unjust Enrichment):  __X__

    q.  Count 17 (Loss of Consortium):  _____

    r.  Count 18 (Survival):  _____

    s.  Count 19 (Wrongful Death):  _____

    t.  Count 20 (Punitive Damages):  __X__

    u.  Other: _____

14. Jury Demand

    a.  Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff hereby demands a trial by jury as to all claims in this action: Yes _X_ No ___

Dated this the _10th_ day of June, 2019.

Respectfully submitted on behalf of the Plaintiff,

_____
Jennifer Liakos (CA SBN 207487)
Hunter J. Shkolnik (Pro Hac Vice Pending)
Napoli Shkolnik PLLC
(310) 331-8224 (Phone)
(646) 843-7603 (Facsimile)
Email: jliakos@NapoliLaw.com
Email: hshkolnik@NapoliLaw.com